IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY J. PIPITO** | : CIVIL ACTION |
| v. | : NO. 18-4885 |
| **LOWER BUCKS COUNTY JOINT MUNICIPAL AUTHORITY,** *et al.* | : |

## ORDER

**AND NOW,** this 24th day of July 2019, upon considering Defendants' Motion for summary judgment (ECF Doc. No. 32), Plaintiff's Motion for summary judgment (ECF Doc. No. 33), Responses (ECF Doc. Nos. 36, 37, 38, 39), Defendants' Reply (ECF Doc. No. 40), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion for summary judgment (ECF Doc. No. 32) is **GRANTED** as there are no genuine issues of material fact precluding entry of judgment in favor of Defendants as a matter of law;

2. Plaintiff's Motion for summary judgment (ECF Doc. No. 33) is **DENIED**; and,

3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.